# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| The Bridges at Arbor Lakes I Association, | Court File No.:_____ |
| Plaintiff, | |
| vs. | |
| AmGuard Insurance Company, | |
| Defendant. | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § § 1332, 1441, and 1446, Defendant AmGuard Insurance Company files this Notice of Removal to remove this civil action from the Fourth Judicial District, Hennepin County, Minnesota, to the United States District Court, District of Minnesota, and states and alleges as follows:

1. On or about March 8, 2019, Plaintiff The Bridges at Arbor Lakes I Association, by and through their attorneys, Alexander M. Jadin and Bradley K. Hammond of Smith Jadin Johnson, PLLC, 7900 Xerxes Avenue, Suite 2020, Bloomington, MN 56649, served a civil action Complaint upon the Defendant. A true and correct copy of the pleadings served upon the Defendant is hereby attached as Exhibit A. Plaintiff's claims against the Defendant are founded in the Contract.

2. That Plaintiff is a Residential Condominium Association located in the City of St. Louis Park, County of Hennepin, State of Minnesota.

3. The Defendant, AmGUARD Insurance Company, is a stock company of Berkshire Hathaway GUARD Insurance Companies and is authorized to sell insurance in the State of Minnesota, with its principal place of business in Wilkes-Barre, Pennsylvania. Therefore, diversity of citizenship exists between the parties.

4. The Complaint identifies claimed damages in the amount of $266,874.76. *See* Complaint ¶¶ 9, 21, 25. Therefore, damages alleged by the Plaintiff exceed $75,000 exclusive of interest and costs.

5. This action is one in which the District Courts of the United States has original jurisdiction pursuant to 28 U.S.C. § 1332 because it is a civil action with a matter in controversy that exceeds the sum of $75,000 and because there is a diversity of citizenship between the parties.

6. Pursuant to 28 U.S.C. § 1441(a), the United States District Court, District of Minnesota is the appropriate venue for removal of the pending action in the State of Minnesota, County of Hennepin, Fourth Judicial District.

6. This Notice of Removal is filed pursuant to 28 U.S.C. § 1441 and within the time prescribed by 28 U.S.C. § 1446.

7. Defendant will give written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d) and will file a copy of the Notice of Filing of Notice of Removal with the Fourth Judicial District, Hennepin County, Minnesota, as required by that section. A true and correct copy of the Notice of Filing of Notice of Removal is hereby attached as Exhibit B.

**WHEREFORE**, Defendant prays that said action be removed to this Court, and that the Fourth Judicial District, Hennepin County, Minnesota, shall proceed no further in the action pending therein.

        **MEAGHER & GEER, P.L.L.P.**

Dated: April 3, 2019      By: *s/Tony R. Krall*
        Tony R. Krall (#159694)
        33 South Sixth Street, Suite 4400
        Minneapolis, MN 55402
        Telephone: (612) 338-0661
        Facsimile: (612)338-8384
        E-mail: tkrall@meagher.com
        ***Attorneys for Defendant AmGUARD Insurance Company***

12691654.1